705 A.2d 1296

UNIONTOWN AREA SCHOOL DISTRICT

v.

PENNSYLVANIA LABOR RELATIONS BOARD in
Behalf of UNIONTOWN AREA EDUCATION
ASSOCIATION and Yolanda S. Defino.

Petition of PENNSYLVANIA LABOR RELATIONS BOARD.

Supreme Court of Pennsylvania.

Feb. 19, 1998.

## ORDER

PER CURIAM.

AND NOW this 19th day of February, 1998, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether PERA covers a union employee who applies for a non-promotion, management position outside the bargaining unit.